## 67494. THE STATE v. GRIBBLE.

QUILLIAN, Presiding Judge.

The state appeals the trial court's dismissal of this case for lack of prosecution after the close of evidence. *Held:*

The state's right to appeal is controlled by OCGA § 5-7-1 (formerly Code Ann. § 6-1001a), which does not authorize an appeal on the grounds stated.

This statute must be strictly construed against the state in allowing appeals. *State v. Clendinin,* 136 Ga. App. 303 (221 SE2d 71).

"The order appealed from . . . is not one of the instances in which the state is granted the right of appeal . . . The General Assembly having placed the specific conditions upon appeals by the state in criminal cases which are contained in § 6-1001a, we will not by judicial construction extend the right of appeal beyond these instances . . ." *State v. Hollomon,* 132 Ga. App. 304, 305-6 (208 SE2d 167).

*Appeal dismissed. Sognier and Pope, JJ., concur.*

DECIDED JANUARY 4, 1984.

*F. Larry Salmon, District Attorney, William H. Boggs, Assistant District Attorney,* for appellant.
*C. Ronald Patton,* for appellee.